# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2013

*The Court of Appeals hereby passes the following order:*

**A14E0008. SELENA GOODEN v. ZACHARY ELLIS et al.**

Selena Gooden, the mother of C.G., a minor child, has filed, pro se, an emergency motion under Court of Appeals Rule 40 (b) seeking to vacate and set aside an order issued in the Juvenile Court of Gwinnett County on November 20, 2007 following a petition for modification of child support and visitation. Court of Appeals Rule 40 (b) provides:

> In the exercise of its inherent power this Court may issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot. This power shall be exercised sparingly. Generally, no order shall be made or direction given in an appeal until it has been docketed in this Court.

After careful review and consideration, we find that Gooden has failed to support her motion by showing that the matter comes within the purview of Rule 40 (b). Therefore, her motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/20/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*